**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00633-CV

**WASH TECHNOLOGIES OF AMERICA CORPORATION, ET AL., Appellants**

**V.**

**JOHN T. PAPPAS, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16090**

## ORDER

We **GRANT** the district clerk's October 6, 2016 motion for an extension of time to file the clerk's record. The clerk's record shall be filed **WITHIN THIRTY DAYS** of the date of this order.

/s/      CRAIG STODDART
JUSTICE